# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 3:15-cr-00013-RCJ-WGC |
| Plaintiff, | **Order Granting Motion to Terminate Supervision** |
| v. | |
| Sergio Perez, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Appointment of Counsel (ECF No. 281) and Motion for Early Termination of Supervised Release (ECF No. 283). The United States has filed a response (ECF No. 285) indicating that it does not oppose the motion for early termination of supervision.

Having read and considered the Motion for Appointment of Counsel (ECF No. 281) and good cause being found, it is **GRANTED**. The office of the Federal Public Defender is appointed to represent Defendant in this supervised release matter.

Having also considered the factors regarding the Defendant's request to terminate supervision, and good cause being found, and in accordance with Local

Rule 7-2(d), the Defendant's Motion for Early Termination of Supervised Release (ECF No. 283) is **GRANTED**. The Defendant's term of supervised release is terminated immediately.

Having also considered the factors regarding the Defendant's request to file Financial Affidavit Under Seal (ECF No. 282), and good cause being found, it is **GRANTED.**

**IT IS SO ORDERED.**

DATE: April 14, 2023

_____
ROBERT C. JONES
United States District Judge